No. 95–2009. PIPKIN v. MORTGAGE CREDITCORP., INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–2012. FENT ET VIR v. SOUTHWESTERN BELL TELE-PHONE CO. ET AL. Ct. App. Okla. Certiorari denied.

No. 95–2014. KNIGHT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–2015. McGILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–2016. SANDOVAL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–2017. RYCKMAN ET AL. v. ENVIRODYNE INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied.

No. 95–2019. ACHILLES CORP. v. KAEPA, INC. C. A. 5th Cir. Certiorari denied.

No. 95–2020. JASPAN ET AL. v. GLOVER BOTTLED GAS CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–2021. GANDARA-GRANILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–2022. THIRY ET AL. v. CARLSON, SECRETARY OF TRANSPORTATION OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–2023. LINDSEY v. ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 95–2026. PETTIT v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 95–2027. DEPENBROCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–2028. COX ET AL. v. TREADWAY ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–2029. SIMMONS v. BURNS, COMMISSIONER, CONNECTI-CUT DEPARTMENT OF TRANSPORTATION. C. A. 2d Cir. Certiorari denied.